827 A.2d 1035

IN THE MATTER OF VINCENT A. LLOYD AN ATTORNEY
AT LAW (ATTORNEY NO. 287831973).

July 22, 2003.

## ORDER

**VINCENT A. LLOYD** of **FORT PIERCE, FLORIDA** who was admitted to the bar of this State in 1973, having been convicted of various offenses by the Nineteenth Judicial Circuit Court of Florida, based on his pleas of *nolo contendere* to one count of purchase of cocaine, in violation of Florida Statute 893.13(2)(a), a second-degree felony; one count of use or possession of drug paraphernalia, in violation of Florida Statute 893.147(1), a first-degree misdemeanor; and four counts of contributing to the delinquency or dependency of a child, in violation of Florida Statute 827.04(1), a first-degree misdemeanor; and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **VINCENT A. LLOYD** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **VINCENT A. LLOYD** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **VINCENT A. LLOYD** comply with *Rule* 1:20–20 dealing with suspended attorneys.